No. 23-12313

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

*Hispanic Federation et al.*,
Plaintiffs-Appellees,

v.

*Cord Byrd et al.*,
Defendants-Appellants.

U.S. District Court for the Northern District of Florida, 4:23-cv-218 (Walker, C.J.)

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Bradley R. McVay
  *Deputy Secretary of State*
Joseph S. Van de Bogart
  *General Counsel*
Ashley Davis
  *Chief Deputy General Counsel*
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building
500 S. Bronough St.
Tallahassee, FL 32399
(850) 245-6536


Mohammad O. Jazil*
Michael Beato
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, FL 32301
(850) 274-1690

*Counsel for Defendant-Appellant Secretary of State Byrd*

Ashley Moody
  *Attorney General*

Henry C. Whitaker*
  *Solicitor General*
Daniel W. Bell
  *Chief Deputy Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
The Capitol, PL-01
Tallahassee, FL 32399
(850) 414-3300

*Counsel for Defendant-Appellant Attorney General Moody*


*Designates lead counsel

*Hispanic Federation et al. v. Cord Byrd et al.*,

23-12313

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Per Rule 26.1 and Circuit Rule 26.1, Defendants-Appellants certify that the following have an interest in the outcome of this case:

1. Alicea, Delmarie, *Counsel for Plaintiffs*

2. Beato, Michael, *Counsel for Defendant*

3. Bell, Daniel, *Counsel for Defendant*

4. Byrd, Cord, *Defendant*

5. Campbell-Harris, Dayton, *Counsel for Plaintiffs*

6. Cruz, Roberto, *Counsel for Plaintiffs*

7. Darlington, Andrew, *Declarant for Defendants*

8. Davis, Ashley, *Counsel for Defendant*

9. Derieux, Adriel, *Counsel for Plaintiffs*

10. Doe, A, *Plaintiff*

11. Doe, B, *Plaintiff*

12. Ebenstein, Julie, *Counsel for Plaintiffs,*

13. Ellis, Rayne, *Counsel for Plaintiffs*

14. Herrera-Lucha, Veronica, *Plaintiff*

15. Hispanic Federation, *Plaintiff*

16. Jazil, Mohammad, *Counsel for Defendant*

17. Karpatkin, Jeremy, *Counsel for Plaintiffs*

18.  Keenan, Megan, *Counsel for Plaintiffs*

19.  Konor, Estee, *Counsel for Plaintiffs*

20.  Lakin, Sophia, *Counsel for Plaintiffs*

21.  Martinez, Norka, *Plaintiff*

22.  McVay, Bradley R., *Counsel for Defendant*

23.  Moody, Ashley, *Defendant*

24.  Morse Stephanie, *Counsel for Defendant*

25.  Poder Latinx, *Plaintiff*

26.  Pratt, Joshua, *Counsel for Defendant*

27.  Preminger, Evan, *Counsel for Plaintiffs*

28.  Ruiz, Cesar, *Counsel for Plaintiffs*

29.  Sjostrom, Noah, *Counsel for Defendant*

30.  Tilley, Daniel, *Counsel for Plaintiffs*

31.  Van De Bogart, Joseph, *Counsel for Defendant*

32.  Walker, Mark E., *U.S. District Court Judge*

33.  Warren, Nicholas, *Counsel for Plaintiffs*

34.  Whitaker, Henry, *Counsel for Defendant*

*Hispanic Federation et al. v. Cord Byrd et al.*,
23-12313

    Per Circuit Rule 26.1-2(c), Defendants-Appellants certify that the CIP contained herein is complete.

    Dated: July 25, 2023

| /s/ Michael Beato | /s/ Henry C. Whitaker |
|---|---|
| Counsel for Defendant-Appellant Secretary of State Byrd | Counsel for Defendant-Appellant Attorney General Moody |

| | |
|---|---|
| Dated: July 25, 2023 | Respectfully Submitted, |
| | |
| Bradley R. McVay (FBN 79034)<br>  *Deputy Secretary of State*<br>brad.mcvay@dos.myflorida.com<br>Joseph S. Van de Bogart (FBN 84764)<br>  *General Counsel*<br>joseph.vandebogart@dos.myflorida.com<br>Ashley Davis (FBN 84764)<br>  *Chief Deputy General Counsel*<br>ashley.davis@dos.myflorida.com<br>FLORIDA DEPARTMENT OF STATE<br>R.A. Gray Building<br>500 S. Bronough St.<br>Tallahassee, FL 32399<br>Phone: (850) 245-6536<br><br>*/s/ Michael Beato*<br>Mohammad O. Jazil (FBN 72556)<br>Michael Beato (FBN 1017715)<br>HOLTZMAN VOGEL BARAN<br>TORCHINSKY & JOSEFIAK PLLC<br>119 South Monroe Street, Suite 500<br>Tallahassee, FL 32301<br>Phone: (850) 391-0503<br>Facsimile: (850) 741-1023<br>mjazil@holtzmanvogel.com<br>mbeato@holtzmanvogel.com<br>jpratt@holtzmanvogel.com<br><br>*Counsel for Defendant-Appellant Secretary of State Cord Byrd* | Ashley Moody<br>  *Attorney General*<br><br>*/s/ Henry C. Whitaker*<br>Henry C. Whitaker (FBN 1031175)<br>  *Solicitor General*<br>Daniel W. Bell (FBN 1008587)<br>  *Chief Deputy Solicitor General*<br>OFFICE OF THE ATTORNEY GENERAL<br>The Capitol, PL-01<br>Tallahassee, FL 32399<br>Phone: (850) 414-3300<br>Henry.whitaker@myfloridalegal.com<br>Daniel.bell@myfloridalegal.com<br><br>*Counsel for Defendant-Appellant Attorney General Moody* |

1

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing complies with the typeface and type-style requirements of Rule 32.

Dated: July 25, 2023                    /s/ *Michael Beato*
                                        Michael Beato

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing certificate was filed on ECF. The foregoing was also emailed to opposing counsel, along with the Civil Appeal Statement.

Dated: July 25, 2023                    /s/ *Michael Beato*
                                        Michael Beato