Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 23-12313

**Caption:**

Hispanic Federation et al.

v.

Cord Byrd et al.

District and Division: Northern District of Florida, Tallahassee Division
Name of Judge: Chief Judge Walker
Nature of Suit: Civil Rights
Date Complaint Filed: 05/25/2023
District Court Docket Number: 4:23-cv-218
Date Notice of Appeal Filed: 07/11/2023
☐ Cross Appeal  ☐ Class Action

Has this matter previously been before this court?
☐ Yes  ☑ No
If Yes, provide
(a) Caption: _____
(b) Citation: _____
(c) Docket Number: _____

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | See Attachment A | | |
| For Appellee:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | See Attachment A | | |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question<br>☐ Diversity<br>☐ US Plaintiff<br>☐ US Defendant | ☐ Final Judgment, 28 USC 1291<br>☑ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☐ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☐ Summary Judgment<br>☐ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☑ Injunction<br>☐ Other _____ | Amount Sought by Plaintiff: $_____<br>Amount Sought by Defendant: $_____<br>Awarded: $_____ to _____<br>Injunctions:<br>☐ TRO<br>☑ Preliminary  ☑ Granted<br>☐ Permanent  ☐ Denied |

Page 2             11th Circuit Docket Number: 23-12313

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☐ Yes ☑ No
What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☐ Yes ☑ No

    If Yes, provide
    (a) Case Name/Statute _____
    (b) Citation _____
    (c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
    (a) Arises from substantially the same case or controversy as this appeal? ☑ Yes ☐ No
    (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☑ Yes ☐ No

    If Yes, provide
    (a) Case Name: Florida State Conference of Branches and Youth Units of the NAACP v. Cord Byrd
    (b) Citation _____
    (c) Docket Number if unreported: 23-12308
    (d) Court or Agency: Eleventh Circuit

(4) Will this appeal involve a conflict of law
    (a) Within the Eleventh Circuit? ☐ Yes ☑ No
    (b) Among circuits? ☐ Yes ☑ No

    If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

Whether Plaintiffs have standing.
Whether the Fourteenth Amendment is violated in this case.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 25 DAY OF July, 2023.

Michael Beato                                        /s/ Michael Beato
NAME OF COUNSEL (Print)                      SIGNATURE OF COUNSEL