Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE.  Attach additional pages if necessary.*

11th Circuit Docket Number: 23-12313

| Caption: | |
|---|---|
| Hispanic Federation et al. | District and Division: Northern District of Florida, Tallahassee Division |
| | Name of Judge: Chief Judge Walker |
| | Nature of Suit: Civil Rights |
| v. | Date Complaint Filed: 05/25/2023 |
| | District Court Docket Number: 4 23-cv-218 |
| Cord Byrd et al. | Date Notice of Appeal Filed: 07/11/2023 |
| | ☐ Cross Appeal   ☐ Class Action |
| | Has this matter previously been before this court? |
| | ☐ Yes  ☑ No |
| | If Yes, provide |
| | (a) Caption: _____ |
| | (b) Citation: _____ |
| | (c) Docket Number: _____ |

|  | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant: ☐ Plaintiff ☑ Defendant ☐ Other (Specify) | See Attachment A | | |
| For Appellee: ☑ Plaintiff ☐ Defendant ☐ Other (Specify) | See Attachment A | | |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question | ☐ Final Judgment, 28 USC 1291 | ☐ Dismissal/Jurisdiction | Amount Sought by Plaintiff: $_____ |
| ☐ Diversity | ☑ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant: $_____ |
| ☐ US Plaintiff | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☐ Summary Judgment | Awarded: $_____ to _____ |
| ☐ US Defendant | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Bench Trial | Injunctions: |
| | ☐ Final Agency Action (Review) | ☐ Judgment/Jury Verdict | ☐ TRO |
| | ☐ 54(b) | ☐ Judgment/Directed Verdict/NOV | ☑ Preliminary   ☑ Granted |
| | | ☑ Injunction | ☐ Permanent   ☐ Denied |
| | | ☐ Other _____ | |

Page 2                                                                 11th Circuit Docket Number: 23-12313

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression?  ☐ Yes  ☑ No
    What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute?  ☐ Yes  ☑ No

    If Yes, provide
    (a) Case Name/Statute _____
    (b) Citation _____
    (c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
    (a) Arises from substantially the same case or controversy as this appeal?  ☑ Yes  ☐ No
    (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?  ☑ Yes  ☐ No

    If Yes, provide
    (a) Case Name  Florida State Conference of Branches and Youth Units of the NAACP v. Cord Byrd
    (b) Citation _____
    (c) Docket Number if unreported _____
    (d) Court or Agency  Eleventh Circuit

(4) Will this appeal involve a conflict of law
    (a) Within the Eleventh Circuit?  ☐ Yes  ☑ No
    (b) Among circuits?  ☐ Yes  ☑ No

    If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

    Whether Plaintiffs have standing.
    Whether the Fourteenth Amendment is violated in this case.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND

SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS  16   DAY OF  August  , 2023  .

W. David Chappell                                                      /s/ W. David Chappell
NAME OF COUNSEL (Print)                                                SIGNATURE OF COUNSEL

# ATTACHMENT A

## Attorneys for Appellants / Defendants

| Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|
| Beato, Michael | Holtzman Vogel Baran Torchinsky & Josefiak PLLC – Tallahassee, FL<br>119 S Monroe St., Suite 500<br>Tallahassee, FL 32301 | (850) 566-7610<br>mbeato@holtzmanvogel.com |
| Bell, Daniel | Office of the Attorney General<br>The Capitol, PL-01<br>Tallahassee, FL 32399 | (850) 414-3300<br>daniel.bell@myfloridalegal.com |
| Chappell, W. David | Office of the Attorney General<br>The Capitol, PL-01<br>Tallahassee, FL 32399 | (850) 414-3665<br>William.chappell@myfloridalegal.com |
| Davis, Ashley | Florida Department of State, Office of General Counsel<br>500 S Bronough St., Suite 100<br>Tallahassee, FL 32399 | (850) 245-6531<br>ashley.davis@dos.myflorida.com |
| Jazil, Mohammad | Holtzman Vogel Baran Torchinsky & Josefiak PLLC – Tallahassee, FL<br>119 S Monroe St., Suite 500<br>Tallahassee, FL 32301 | (850) 391-0503<br>mjazil@holtzmanvogel.com |

| Morse, Stephanie | Florida Attorney General's Office PL-01 the Capitol Tallahassee, FL 32399 | (850) 414-3300 stephanie.morse@myfloridalegal.com |
|---|---|---|
| Pratt, Joshua | Holtzman Vogel Baran Torchinsky & Josefiak PLLC – Tallahassee, FL 119 S Monroe St., Suite 500 Tallahassee, FL 32301 | (850) 391-0503 jpratt@holtzmanvogel.com |
| Sjostrom, Noah | Florida Attorney General's Office 107 W Gaines S., Suite 401F, Tallahassee, FL 32309 | (850) 414-3635 noah.sjostrom@myfloridalegal.com |
| Van De Bogart, Joseph | Florida Department of State, Office of General Counsel 500 S Bronough St. Tallahassee, FL 32399 | (850) 245-6519 Fax: (850) 245-6127 joseph.vandebogart@dos.myflorida.com |
| Whitaker, Henry | Office of the Attorney General The Capitol, PL-01 Tallahassee, FL 32399 | (850) 414-3300 henry.whitaker@myfloridalegal.com |

**Attorneys for Appellees / Plaintiffs**

| Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|
| Alicea, Delmarie | Latino Justice PRLDEF – Orlando FL<br>523 W Colonial Dr., Orlando, FL 32804 | (407) 600-2350<br>dalicea@latinojustice.org |
| Campbell-Harris, Dayton | American Civil Liberties Union Foundation<br>125 Broad St.,<br>New York, NY 10004 | (425) 516-8400<br>dcampbell-Harris@aclu.org |
| Cruz, Roberto | Latino Justice PRLDEF – Orlando, FL<br>Regional Southeast Office<br>523 W Colonial Dr., Orlando, FL 32804 | (321) 754-1935<br>Fax: (212) 219-3360<br>rcruz@latinojustice.org |
| Derieux, Adriel | American Civil Liberties Union Foundation<br>125 Broad Street, 18th Floor,<br>New York, NY 10004 | (212) 284-7334<br>Fax: (212) 549-2654<br>acepedaderieux@aclu.org |
| Ebenstein, Julie | American Civil Liberties Union – New York, NY<br>125 Broad St., 18th Floor<br>New York, NY 10004 | (212) 549-2686<br>jebenstein@aclu.org |
| Ellis, Rayne | Arnold and Porter LLP – New York, NY<br>250 West 55th St.,<br>New York, NY 10019 | (212) 836-7869<br>rayne.ellis@arnoldporter.com |
| Karpatkin, Jeremy | Arnold and Porter LLP – Washington, D.C.<br>601 Massachusetts NW, Washington, DC 20001 | (202) 942-5545<br>Fax: (202) 942-5000<br>jeremy.karpatkin@arnoldporter.com |
| Keenan, Megan | American Civil Liberties Union Foundation<br>915 15th St. NW<br>Washington, D.C. 20005 | (740) 632-0671<br>mkeenan@aclu.org |

| Konor, Estee | Demos – New York, NY 80 Broad St., 4th Floor, New York, NY 10004 | (330) 806-9163 ekonor@demos.org |
| Lakin, Sophia | American Civil Liberties Union Foundation 125 Broad St., 18th Floor, New York, NY 10004 | (212) 519-7836 slakin@aclu.org |
| Preminger, Evan | Arnold and Porter LLP – New York, NY 250 West 55th St., New York, NY 10019 | (212) 715-1107 evan.preminger@arnoldporter.com |
| Ruiz, Cesar | Latino Justice PRLDEF – New York, NY 475 Riverside Dr., Suite 1901, New York, NY 10115 | (212) 392-4752 cruiz@latinojustice.org |
| Tilley, Daniel | ACLU Foundation of Florida, Inc. – Miami, FL 4343 W Flagler St., Suite 400, Miami, FL 33134 | (786) 363-2714 Fax: (786) 363-1257 dtilley@aclufl.org |
| Warren, Nicholas | ACLU Foundation of Florida – Tallahassee, FL 336 E College Ave., Suite 203 Tallahassee, FL 32301 | (786) 363-1769 nwarren@aclufl.org |