No. 23-12313

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

*Hispanic Federation et al.*,
Plaintiffs-Appellees,

v.

*Cord Byrd et al.*,
Defendants-Appellants.

U.S. District Court for the Northern District of Florida, 4:23-cv-218 (Walker, C.J.)

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Bradley R. McVay
  *Deputy Secretary of State*
Joseph S. Van de Bogart
  *General Counsel*
Ashley Davis
  *Chief Deputy General Counsel*
Florida Department of State
R.A. Gray Building
500 S. Bronough St.
Tallahassee, FL 32399
(850) 245-6536


Mohammad O. Jazil*
Michael Beato
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, FL 32301
(850) 274-1690

*Counsel for Defendant-Appellant Secretary of State Byrd*

ASHLEY MOODY
  *Attorney General*

Henry C. Whitaker*
  *Solicitor General*
Daniel W. Bell
  *Chief Deputy Solicitor General*
W. David Chappell
  *Senior Assistant Attorney General*
OFFICE OF THE ATTORNEY GENERAL
The Capitol, PL-01
Tallahassee, FL 32399
(850) 414-3300

*Counsel for Defendant-Appellant Attorney General Moody*


*Designates lead counsel

*Hispanic Federation et al. v. Cord Byrd et al.*,

23-12313

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Per Rule 26.1 and Circuit Rule 26.1, Defendants-Appellants certify that the following have an interest in the outcome of this case:

1. Alicea, Delmarie, *Counsel for Plaintiffs*

2. Beato, Michael, *Counsel for Defendant*

3. Bell, Daniel, *Counsel for Defendant*

4. Byrd, Cord, *Defendant*

5. Campbell-Harris, Dayton, *Counsel for Plaintiffs*

6. Chappell, W. David, *Counsel for Defendant*

7. Cruz, Roberto, *Counsel for Plaintiffs*

8. Darlington, Andrew, *Declarant for Defendants*

9. Davis, Ashley, *Counsel for Defendant*

10. Derieux, Adriel, *Counsel for Plaintiffs*

11. Doe, A, *Plaintiff*

12. Doe, B, *Plaintiff*

13. Ebenstein, Julie, *Counsel for Plaintiffs,*

14. Ellis, Rayne, *Counsel for Plaintiffs*

15. Herrera-Lucha, Veronica, *Plaintiff*

16. Hispanic Federation, *Plaintiff*

17. Jazil, Mohammad, *Counsel for Defendant*

18. Karpatkin, Jeremy, *Counsel for Plaintiffs*

19. Keenan, Megan, *Counsel for Plaintiffs*

20. Konor, Estee, *Counsel for Plaintiffs*

21. Lakin, Sophia, *Counsel for Plaintiffs*

22. Martinez, Norka, *Plaintiff*

23. McVay, Bradley R., *Counsel for Defendant*

24. Moody, Ashley, *Defendant*

25. Morse Stephanie, *Counsel for Defendant*

26. Poder Latinx, *Plaintiff*

27. Pratt, Joshua, *Counsel for Defendant*

28. Preminger, Evan, *Counsel for Plaintiffs*

29. Ruiz, Cesar, *Counsel for Plaintiffs*

30. Sjostrom, Noah, *Counsel for Defendant*

31. Tilley, Daniel, *Counsel for Plaintiffs*

32. Van De Bogart, Joseph, *Counsel for Defendant*

33. Walker, Mark E., *U.S. District Court Judge*

34. Warren, Nicholas, *Counsel for Plaintiffs*

35. Whitaker, Henry, *Counsel for Defendant*

*Hispanic Federation et al. v. Cord Byrd et al.*,

23-12313

Per Circuit Rule 26.1-2(c), Defendants-Appellants certify that the CIP contained herein is complete.

Dated: August 16, 2023

| | |
|---|---|
| */s/ Michael Beato* | */s/ W. David Chappell* |
| Counsel for Defendant-Appellant Secretary of State Byrd | Counsel for Defendant-Appellant Attorney General Moody |

Dated: August 16, 2023

Bradley R. McVay (FBN 79034)
  *Deputy Secretary of State*
brad.mcvay@dos.myflorida.com
Joseph S. Van de Bogart (FBN 84764)
  *General Counsel*
joseph.vandebogart@dos.myflorida.com
Ashley Davis (FBN 84764)
  *Chief Deputy General Counsel*
ashley.davis@dos.myflorida.com
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building
500 S. Bronough St.
Tallahassee, FL 32399
Phone: (850) 245-6536

/s/ Michael Beato
Mohammad O. Jazil (FBN 72556)
Michael Beato (FBN 1017715)
Joshua E. Pratt (FBN 119347)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street, Suite 500
Tallahassee, FL 32301
Phone: (850) 391-0503
Facsimile: (850) 741-1023
mjazil@holtzmanvogel.com
mbeato@holtzmanvogel.com
jpratt@holtzmanvogel.com

*Counsel for Defendant-Appellant Secretary of State Cord Byrd*

Respectfully Submitted,

ASHLEY MOODY
  *Attorney General*

/s/ W. David Chappell
Henry C. Whitaker (FBN 1031175)
  *Solicitor General*
Daniel W. Bell (FBN 1008587)
  *Chief Deputy Solicitor General*
W. David Chappell (FBN 120449)
  *Senior Assistant Attorney General*
OFFICE OF THE ATTORNEY GENERAL
The Capitol, PL-01
Tallahassee, FL 32399
Phone: (850) 414-3300
Henry.whitaker@myfloridalegal.com
Daniel.bell@myfloridalegal.com

*Counsel for Defendant-Appellant Attorney General Moody*

1

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing complies with the typeface and type-style requirements of Rule 32.

Dated: August 16, 2023                         */s/ W. David Chappell*
                                               W. David Chappell

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing certificate was filed on ECF. The foregoing was also emailed to opposing counsel, along with the Civil Appeal Statement.

Dated: August 16, 2023                         */s/ W. David Chappell*
                                               W. David Chappell