No. 23-12313

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

*Hispanic Federation et al.*,
Plaintiffs-Appellees,

v.

*Cord Byrd et al.*,
Defendants-Appellants.

U.S. District Court for the Northern District of Florida, 4:23-cv-218 (Walker, C.J.)

## MOTION TO REMEDY THE DEFAULT AND
## MOTION TO FILE DOCUMENTS OUT OF TIME

ASHLEY MOODY
　*Attorney General*

Henry C. Whitaker*
　*Solicitor General*
Daniel W. Bell
　*Chief Deputy Solicitor General*
W. David Chappell
　*Senior Assistant Attorney General*
OFFICE OF THE ATTORNEY GENERAL
The Capitol, PL-01
Tallahassee, FL 32399
(850) 414-3300

*Counsel for Defendant-Appellant Attorney General Moody*

*Designates lead counsel

*Hispanic Federation, et al. v Cord Byrd, et al.*
No. 23-12308

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Per Rule 26.1 and Circuit Rule 26.1, Defendants-Appellants certify that the following have an interest in the outcome of this case:

1. Alicea, Delmarie, *Counsel for Plaintiffs*
2. Beato, Michael, *Counsel for Defendant*
3. Bell, Daniel, *Counsel for Defendant*
4. Byrd, Cord, *Defendant*
5. Campbell-Harris, Dayton, *Counsel for Plaintiffs*
6. Chappell, W. David, *Counsel for Defendant*
7. Cruz, Roberto, *Counsel for Plaintiffs*
8. Darlington, Andrew, *Declarant for Defendants*
9. Davis, Ashley, *Counsel for Defendant*
10. Derieux, Adriel, *Counsel for Plaintiffs*
11. Doe, A, *Plaintiff*
12. Doe, B, *Plaintiff*
13. Ebenstein, Julie, *Counsel for Plaintiffs,*
14. Ellis, Rayne, *Counsel for Plaintiffs*
15. Herrera-Lucha, Veronica, *Plaintiff*
16. Hispanic Federation, *Plaintiff*
17. Jazil, Mohammad, *Counsel for Defendant*

18. Karpatkin, Jeremy, *Counsel for Plaintiffs*

19. Keenan, Megan, *Counsel for Plaintiffs*

20. Konor, Estee, *Counsel for Plaintiffs*

21. Lakin, Sophia, *Counsel for Plaintiffs*

22. Martinez, Norka, *Plaintiff*

23. McVay, Bradley R., *Counsel for Defendant*

24. Moody, Ashley, *Defendant*

25. Morse Stephanie, *Counsel for Defendant*

26. Poder Latinx, *Plaintiff*

27. Pratt, Joshua, *Counsel for Defendant*

28. Preminger, Evan, *Counsel for Plaintiffs*

29. Ruiz, Cesar, *Counsel for Plaintiffs*

30. Sjostrom, Noah, *Counsel for Defendant*

31. Tilley, Daniel, *Counsel for Plaintiffs*

32. Van De Bogart, Joseph, *Counsel for Defendant*

33. Walker, Mark E., *U.S. District Court Judge*

34. Warren, Nicholas, *Counsel for Plaintiffs*

35. Whitaker, Henry, *Counsel for Defendant*

*Hispanic Federation, et al. v Cord Byrd, et al.*
No. 23-12308

Per Circuit Rule 26.1-2(c), Defendants-Appellants certify that the CIP contained herein is complete.

Dated: August 16, 2023

                                               */s/ W. David Chappell*
                                               Counsel for Defendant-Appellant Attorney General Moody

The Attorney General submits this Motion to Remedy Default and Motion to File Documents Out of Time and states the following.

1. On August 8, 2023, the clerk's office informed the undersigned to complete the following:

    a. That the Attorney General had failed to file the web-based CIP and stand-alone CIP within 14 days pursuant to 11th Cir. Rules 26-5(c) and 42-2(b);

    b. That the Attorney General had not filed the appropriate Transcript Order Form pursuant to 11th Cir. R. 42-1(b); and,

    c. That the Attorney General had not filed the Civil Appeal Statement.

2. Pursuant to the Clerk's notices of deficiency, on August 16, 2023, the Attorney General filed the web-based CIP and stand-alone CIP pursuant to 11th Cir. Rules 26-5(c) and 42-b(b), the Transcript Order Form pursuant to 11th Cir. R. 42-1(b), and the Civil Appeal Statement.

3. Having completed the web-based CIP within 14 days, the undersigned respectfully asks that this motion to remedy be granted.

4. Additionally, the Attorney General respectfully asks this Court grant her motion to file documents out of time and docket the Transcript Order Form and Civil Appeal Statement.

Dated: August 16, 2023

        Respectfully Submitted,

        ASHLEY MOODY
         *Attorney General*

        */s/ W. David Chappell*
        Henry C. Whitaker (FBN 1031175)
         *Solicitor General*
        Daniel W. Bell (FBN 1008587)
         *Chief Deputy Solicitor General*
        W. David Chappell (FBN 120449)
         *Senior Assistant Attorney General*
        OFFICE OF THE ATTORNEY GENERAL
        The Capitol, PL-01
        Tallahassee, FL 32399
        Phone: (850) 414-3300
        Henry.whitaker@myfloridalegal.com
        Daniel.bell@myfloridalegal.com

        *Counsel for Defendant-Appellant Attorney General Moody*

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing complies with the typeface and type-style requirements of Rule 32.

Dated: August 16, 2023          */s/ W. David Chappell*
                                             W. David Chappell

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing certificate was filed on ECF. The foregoing was also emailed to opposing counsel, along with the Civil Appeal Statement.

Dated: August 16, 2023          */s/ W. David Chappell*
                                             W. David Chappell