No. 23-12313

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
────────────────────────────────────────

HISPANIC FEDERATION, *et al.*

*Plaintiffs-Appellees*,

v.

CORD BYRD, in his official capacity as
FLORIDA SECRETARY OF STATE, *et al.*

*Defendants-Appellants*.
────────────────────────────────────────

On Appeal from the United States District Court
for the Northern District of Florida
No. 4:23-cv-215 (Walker, C.J.)
────────────────────────────────────────

CERTIFICATE OF INTERESTED PERSONS AND CORPORATE
DISCLOSURES STATEMENT
────────────────────────────────────────

Adriel I. Cepeda Derieux
Julie A. Ebenstein
Megan C. Keenan
Dayton Campbell-Harris
Sophia Lin Lakin
AMERICAN CIVIL
LIBERTIES UNION
FOUNDATION
125 Broad St., 18th Fl.
New York, NY 10004
(212) 549-2500

Nicholas L.V. Warren
ACLU FOUNDATION OF
FLORIDA
336 E College Ave, Ste. 203
Tallahassee, FL 32301
(786) 363-1769

Daniel B. Tilley
Caroline A. McNamara
ACLU FOUNDATION OF
FLORIDA
4343 W Flagler St., Ste. 400
Miami, FL 33134
(786) 363-2714

Roberto Cruz
LATINOJUSTICE PRLDEF
523 West Colonial Dr.
Orlando, FL 32804
(321) 754-1935

Cesar Z. Ruiz
Fulvia Vargas De-Leon
Ghita Schwarz
LATINOJUSTICE PRLDEF
475 Riverside Dr., Ste. 1901
New York, NY 10115
(212) 392-4752

*Counsel for Plaintiffs-Appellees*
(Additional Counsel on Inside Cover)

*Additional Counsel for Plaintiffs-Appellees*:

Estee M. Konor
**Dēmos**
80 Broad Street, 4th Floor
New York, NY 10004
(212) 485-6065
ekonor@demos.org

John A. Freedman
Jeremy Karpatkin
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Avenue, N.W.
Washington, DC 20001
(202) 942-5316
john.freedman@arnoldporter.com
jeremy.karpatkin@arnoldporter.com

Evan Preminger
Rayne Ellis
**Arnold & Porter Kaye Scholer LLP**
250 W. 55th Street
New York, NY 10019
(212) 836-7786
evan.preminger@arnoldporter.com
rayne.ellis@arnoldporter.com

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1, Plaintiffs-Appellees submit the following statement of their corporate interests:

1. Plaintiff Hispanic Federation has no parent corporation or any other publicly held corporation owning 10% or more of its stock.

2. Plaintiff Poder Latinx is a fiscally sponsored project of Tides Advocacy, a California nonprofit benefit corporation. Tides Advocacy has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

3. All other Plaintiffs are individual persons.

Under Circuit Rule 26.1-1(a)(3), Plaintiffs-Appellees further certify that the following persons have an interest in the outcome of this case, in addition to those identified in Defendant-Appellants' Certificate of Interested Persons:

1. Boettcher, Ellen Margaret, *Counsel for Plaintiffs at consolidated hearing*

2. Cepeda Derieux, Adriel I., *Counsel for Plaintiffs-Appellees*

3. Diaz, Jonathan Michael, *Counsel for Plaintiffs at consolidated hearing*

4. Ferguson, Robert Brent, *Counsel for Plaintiffs at consolidated hearing*

5. Lang, Danielle Marie, *Counsel for Plaintiff at consolidated hearing*

6. League of Women Voters of Florida, Inc., *Plaintiff at consolidated hearing*

7. League of Women Voters of Florida Education Fund, Inc., *Plaintiff at consolidated hearing*

8. Leeper, Simone Tyler, *Counsel for Plaintiffs at consolidated hearing*

9. McNamara, Caroline Andrews, *Counsel for Plaintiffs-Appellees*

10. Pico, Elizabeth, *Plaintiff-Appellee*[1]

11. Schenck, Robert Scott, *Counsel for Defendant-Appellant Moody*

12. Walter, Allison Marie, *Counsel for Plaintiffs at consolidated hearing*

Dated: August 25, 2023

Adriel I. Cepeda Derieux
Julie A. Ebenstein
Megan C. Keenan
Dayton Campbell-Harris
Sophia Lin Lakin
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
acepedaderieux@aclu.org
jebenstein@aclu.org
mkeenan@aclu.org
dcampbell-harris@aclu.org
slakin@aclu.org

Respectfully submitted,

   */s/* Caroline A. McNamara
Caroline A. McNamara
Daniel B. Tilley
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2714
cmcnamara@aclufl.org
dtilley@aclufl.org

Nicholas L.V. Warren
**ACLU Foundation of Florida**
336 East College Avenue, Suite 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

---

[1] Defendants' certificate of interest lists "A. Doe" as a Plaintiff in this case. After the preliminary injunction was issued and appealed, A. Doe identified herself in the District Court proceedings as Elizabeth Pico. The other Doe plaintiff (B. Doe) was voluntarily dismissed.

Roberto Cruz
**LatinoJustice PRLDEF**
523 West Colonial Drive
Orlando, FL 32804
(321) 754-1935
rcruz@latinojustice.org

Cesar Z. Ruiz
Fulvia Vargas De-Leon
Ghita Schwarz
**LatinoJustice PRLDEF**
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 392-4752
cruiz@latinojustice.org
fvargasdeleon@latinojustice.org
gschwarz@latinojustice.org

John A. Freedman
Jeremy Karpatkin
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Avenue, N.W.
Washington, DC 20001
(202) 942-5316
john.freedman@arnoldporter.com
jeremy.karpatkin@arnoldporter.com

Estee M. Konor
**Dēmos**
80 Broad Street, 4th Floor
New York, NY 10004
(212) 485-6065
ekonor@demos.org

Evan Preminger
Rayne Ellis
**Arnold & Porter Kaye Scholer LLP**
250 W. 55th Street
New York, NY 10019
(212) 836-7786
evan.preminger@arnoldporter.com
rayne.ellis@arnoldporter.com

*Counsel for Plaintiffs-Appellees*