IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 23-12313

D.C. Docket No. 4:23-cv-218-MW/MAF

_____

HISPANIC FEDERATION, et al.,

   *Plaintiffs,*

v.

CORD BYRD in his official capacity as
Florida Secretary of State, et al.,

   *Defendants.*

_____/

## **MOTION TO WITHDRAW AS COUNSEL**

William D. Chappell moves to withdraw as counsel of record for Defendant Ashley Moody in her official capacity as Florida Attorney General in the above-captioned matter. As of September 5, 2023, Mr. Chappell will no longer be employed by the Florida Office of the Attorney General. The Defendant continues to be represented in this case through other counsel from the Office of the Attorney General. Accordingly, the undersigned counsel's withdrawal from this case should

not cause any prejudice or delay. The parties should serve all future correspondence and pleadings on the remaining counsel of record for Defendant.

          Respectfully submitted,

          ASHLEY MOODY
          ATTORNEY GENERAL

          */s/W. David Chappell*
          William David Chappell (FBN 120449)
          Senior Assistant Attorney General
          Complex Litigation Division
          Office of the Attorney General
          PL - 01, The Capitol
          Tallahassee, Florida 32399-1050
          William.Chappell@myfloridalegal.com
          850-414-3665

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Per Rule 26.1 and Circuit Rule 26.1, all parties certify that the following have an interest in the outcome of this case:

1. Alicea, Delmarie, *Counsel for Plaintiffs*

2. Beato, Michael, *Counsel for Defendant*

3. Bell, Daniel, *Counsel for Defendant*

4. Byrd, Cord, *Defendant*

5. Campbell-Harris, Dayton, *Counsel for Plaintiffs*

6. Chappell, W. David, *Counsel for Defendant*

7. Cruz, Roberto, *Counsel for Plaintiffs*

8. Darlington, Andrew, *Declarant for Defendants*

9. Davis, Ashley, *Counsel for Defendant*

10. Derieux, Adriel, *Counsel for Plaintiffs*

11. Doe, A, *Plaintiff*

12. Doe, B, *Plaintiff*

13. Ebenstein, Julie, *Counsel for Plaintiffs,*

14. Ellis, Rayne, *Counsel for Plaintiffs*

15. Herrera-Lucha, Veronica, *Plaintiff*

16. Hispanic Federation, *Plaintiff*

17. Jazil, Mohammad, *Counsel for Defendant*

18. Karpatkin, Jeremy, *Counsel for Plaintiffs*

19. Keenan, Megan, *Counsel for Plaintiffs*

20. Konor, Estee, *Counsel for Plaintiffs*

21. Lakin, Sophia, *Counsel for Plaintiffs*

22. Martinez, Norka, *Plaintiff*

23. McVay, Bradley R., *Counsel for Defendant*

24. Moody, Ashley, *Defendant*

25. Morse Stephanie, *Counsel for Defendant*

26. Poder Latinx, *Plaintiff*

27. Pratt, Joshua, *Counsel for Defendant*

28. Preminger, Evan, *Counsel for Plaintiffs*

29. Ruiz, Cesar, *Counsel for Plaintiffs*

30. Schenck, Robert S., *Counsel for Defendant*

31. Sjostrom, Noah, *Counsel for Defendant*

32. Tilley, Daniel, *Counsel for Plaintiffs*

33. Van De Bogart, Joseph, *Counsel for Defendant*

34. Walker, Mark E., *U.S. District Court Judge*

35. Warren, Nicholas, *Counsel for Plaintiffs*

36. Whitaker, Henry, *Counsel for Defendant*

Per Circuit Rule 26.1-2(c), all parties certify that the CIP contained herein is complete.

Dated: September 5, 2023

*/s/ W. David Chappell*
Counsel for Defendant-Appellant
Attorney General Moody

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of September 2023, a true and correct copy of this document was filed electronically with the Clerk of Court through the CM/ECF filing system, which provides notices to all counsel of record.

*/s/ W. David Chappell*
William David Chappell