# CERTIFICATE OF INTERESTED PERSONS AND DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 and 26.1-2, the undersigned counsel for Proposed Intervenors submit the following statement of their corporate interests:

1. Proposed Intervenors the League of Women Voters of Florida, Inc. neither has a parent corporation nor issues stock. There are no publicly held corporations that own ten percent or more of the stock of the League of Women Voters of Florida, Inc. The League of Women Voters of Florida, Inc. is an affiliate of the League of Women Voters of the United States.

2. Proposed Intervenors the League of Women Voters of Florida Education Fund neither has a parent corporation nor issues stock. There are no publicly held corporations that own ten percent or more of the stock of the League of Women Voters of Florida Education Fund. The League of Women Voters of Florida Education Fund is an affiliate of the League of Women Voters of the United States.

Under Circuit Rule 26.1-1(a)(3), Plaintiffs-Appellees further certify that the following persons have an interest in the outcome of this case:

1. Adkins, Janet, *Defendant*

2. Alianza Center, *Plaintiff*

3. Alianza for Progress, *Plaintiff*

4. Andersen, Mark, *Defendant*

5. Anderson, Chris, *Defendant*

6. Anderson, Shirley, *Defendant*

7. Arnold, Melissa, *Defendant*

8. Arrington, Mary, *Defendant*

9. Artasanchez, Santiago, *Former Plaintiff*

10. Babis, Olivia, *Declarant for Plaintiffs*

11. Baird, Maureen, *Defendant*

12. Bardos, Andy, *Counsel for Defendants*

13. Barton, Kim, *Defendant*

14. Beato, Michael, *Counsel for Defendant*

15. Bell, Daniel, *Counsel for Defendant*

16. Benda, Kyle, *Counsel for Defendant*

17. Bennett, Michael, *Defendant*

18. Blazier, Melissa, *Defendant*

19. Bledsoe, William, *Counsel for Defendant*

20. Bobanic, Tim, *Defendant*

21. Boettcher, Ellen Margaret, *Counsel for Plaintiffs at consolidated hearing and Proposed-Intervenors*

22. Boltrek, William, III, *Counsel for Defendants*

23. Brown, Tomi, *Defendant*

24. Byrd, Cord, *Defendant*

25. Cannon, Starlet, *Defendant*

26. Cepeda Derieux, Adriel I., *Counsel for Plaintiffs-Appellees*

27. Chambless, Chris, *Defendant*

28. Chappell, W. David, *Counsel for Defendant*

29. Chason, Sharon, *Defendant*

30. Conyers, Grant, *Defendant*

31. Corley, Brian, *Defendant*

32. Cowles, Bill, *Defendant*

33. Darlington, Andrew, *Declarant for Defendants*

34. Davis, Ashley, *Counsel for Defendant*

35. Davis, Vicky, *Defendant*

36.   Diaz, Jonathan Michael, *Counsel for Plaintiffs at consolidated hearing and Proposed-Intervenors*

37.   Disability Rights Florida, *Plaintiff*

38.   Doyle, Tommy, *Defendant*

39.   Driggers, Heath, *Defendant*

40.   Dunaway, Carol, *Defendant*

41.   Dunn, Chad, *Counsel for Plaintiffs at consolidated hearing and Proposed-Intervenors*

42.   Earley, Mark, *Defendant*

43.   Edwards, Jennifer, *Defendant*

44.   Edwards, Lori, *Defendant*

45.   Equal Ground Education Fund, *Former Plaintiff*

46.   Erdelyi, Susan, *Counsel for Defendants*

47.   Farnam, Aletris, *Defendant*

48.   Feiser, Craig, *Counsel for Defendants*

49.   Ferguson, Robert Brent, *Counsel for Plaintiffs at consolidated hearing and Proposed-Intervenors*

50.   Florez, Johana, *Declarant for Plaintiffs*

51.   Florida Alliance for Retired Americans, *Plaintiff*

52.   Florida State Conference of Branches and Youth Units of the NAACP, *Plaintiff*

53.   Glickman, Jessica, *Counsel for Defendant*

54.   Griffin, Joyce, *Defendant*

55.   Guzzo, Sophia, *Counsel for Defendant*

*56.*   Hankins, Christi, *Counsel for Defendant*

57.   Hanlon, John, *Defendant*

58.   Hart, Travis, *Defendant*

59.   Hays, Alan, *Defendant*

60.   Healy, Karen, *Defendant*

61.   Herrera-Lucha, Veronica, *Former Plaintiff*

62.   Herron, Mark, *Counsel for Defendant*

63.   Hispanic Federation, *Former Plaintiff*

64.   Hogan, Mike, *Defendant*

65.   Hoots, Brenda, *Defendant*

66.   Hutto, Laura, *Defendant*

67.   Jarone, Joseph, *Counsel for Defendant*

68.   Jazil, Mohammad, *Counsel for Defendant*

69.   Johnson, Diana, *Counsel for Defendant*

70.  Johnson, Melinda, *Counsel for Plaintiffs*

71.  Jonas, Sarah, *Counsel for Defendant*

72.  Jones, Tammy, *Defendant*

73.  Joshi, Raghav Vikas, *Declarant for Plaintiffs*

74.  Kahn, Jared, *Counsel for Defendant*

75.  Keen, William, *Defendant*

76.  Khanna, Abha, *Counsel for Plaintiffs*

77.  Kinsey, Jennifer, *Defendant*

78.  Klitsberg, Nathaniel, *Counsel for Defendant*

79.  Knight, Shirley, *Defendant*

80.  Lang, Danielle Marie, *Counsel for Plaintiffs at consolidated hearing and Proposed-Intervenors*

81.  Lapinig, Christopher, *Counsel for Plaintiffs at consolidated hearing and Proposed-Intervenors*

82.  Latimer, Craig, *Defendant*

83.  Lavia, John, III, *Counsel for Defendants*

84.  League of Women Voters of Florida Education Fund, Inc., *Plaintiff at consolidated hearing and Proposed-Intervenors*

85.    League of Women Voters of Florida, Inc., *Plaintiff at consolidated hearing and Proposed-Intervenors*

*86.*    Leeper, Simone Tyler, *Counsel for Plaintiffs at consolidated hearing and Proposed-Intervenors*

87.    Lenhart, Kaiti, *Defendant*

88.    Lewis, Lisa, *Defendant*

89.    Link, Wendy, *Defendant*

90.    Lux, Paul, *Defendant*

91.    Madduri, Lalitha, *Counsel for Plaintiffs*

92.    Marcus, Julie, *Defendant*

93.    Mari, Frank, *Counsel for Defendants*

94.    Markarian, David, *Counsel for Defendant*

95.    Martinez, Norka, *Former Plaintiff*

96.    McNamara, Caroline Andrews, *Counsel for Plaintiffs-Appellees*

97.    McVay, Bradley R., *Counsel for Defendant*

98.    Meadows, Therisa, *Defendant*

99.    Messer, Ryan, *Defendant*

100.    Milligan, Michelle, *Defendant*

101.    Milton, Christopher, *Defendant*

102.  Moody, Ashley, *Defendant*

103.  Morgan, Joseph, *Defendant*

104.  Morse, Stephanie, *Counsel for Defendant*

105.  Negley, Mark, *Defendant*

106.  Nordlund, Jared, *Declarant for Plaintiffs*

107.  Nweze, Adora Obi, *Declarant for Plaintiffs*

108.  O'Donnell, Renata, *Counsel for Plaintiffs*

109.  Oakes, Vicky, *Defendant*

110.  Osborne, Deborah, *Defendant*

111.  Overturf, Charles, *Defendant*

112.  Perez, Devona, *Counsel for Defendant*

113.  Pico, Elizabeth, *Plaintiff-Appellee*

114.  Poder Latinx, *Former Plaintiff*

115.  Pratt, Joshua, *Counsel for Defendant*

116.  Riley, Heather, *Defendant*

117.  Rudd, Carol, *Defendant*

118.  Rutahindurwa, Makeba, *Counsel for Plaintiffs*

119.  Sanchez, Connie, *Defendant*

120.  Sanchez, Esperanza, *Former Plaintiff*

121.  Schenck, Robert Scott, *Counsel for Defendant-Appellant Moody*

122.  Scott, Dale, *Counsel for Defendant*

123.  Scott, Joe, *Defendant*

124.  Seyfang, Amanda, *Defendant*

125.  Shannin, Nicholas, *Counsel for Defendant*

126.  Shaud, Matthew, *Counsel for Defendant*

127.  Sjostrom, Noah, *Counsel for Defendant*

128.  Slater, Cynthia, *Declarant for Plaintiffs*

129.  Smith, Diane, *Defendant*

130.  Southerland, Dana, *Defendant*

131.  Stafford, David, *Defendant*

132.  Stewart, Gregory, *Counsel for Defendant*

133.  Swain, Robert, *Counsel for Defendant*

134.  Swan, Leslie, *Defendant*

135.  Todd, Stephen, *Counsel for Defendant*

136.  Turner, Ron, *Defendant*

137.  UnidosUS, *Plaintiff*

138.  Valdes, Michael, *Counsel for Defendant*

139.  Valenti, Leah, *Defendant*

140.  Van De Bogart, Joseph, *Counsel for Defendant*

141.  Vilar, Marcos, *Declarant for Plaintiffs*

142.  Villane, Tappie, *Defendant*

143.  Voters of Tomorrow Action, Inc., *Plaintiff*

144.  Walker, Gertrude, *Defendant*

145.  Walker, Mark E., *U.S. District Court Judge*

146.  Wermuth, Frederick, *Counsel for Plaintiffs*

147.  Whitaker, Henry, *Counsel for Defendant*

148.  White, Christina, *Defendant*

149.  Wilcox, Wesley, *Defendant*

Per Circuit Rule 26.1-2(c), Defendants-Appellants certify that the CIP contained herein is complete.

Dated: September 25, 2023

/s/ Danielle M. Lang
Danielle M. Lang
*Counsel for Proposed Intervenors*