# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12313

_____

HISPANIC FEDERATION,
PODER LATINX,
VERONICA HERRERA-LUCHA,
NORKA MARTINEZ,
A DOE, et al.,

                                                                  Plaintiffs-Appellees,

versus

FLORIDA SECRETARY OF STATE,
FLORIDA ATTORNEYGENERAL,

                                                                  Defendants-Appellants.

_____

2                   Order of the Court                   23-12313

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:23-cv-00218-MW-MAF

_____

ORDER:

The motion to withdraw as counsel filed by Attorney William David Chappell for Appellant Florida Attorney General is GRANTED.

  s/ Elizabeth L. Branch
UNITED STATES CIRCUIT JUDGE