# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12313

_____

HISPANIC FEDERATION,
PODER LATINX,
VERONICA HERRERA-LUCHA,
NORKA MARTINEZ,
A DOE, et al.,

                                                         Plaintiffs-Appellees,

*versus*

FLORIDA SECRETARY OF STATE,
FLORIDA ATTORNEYGENERAL,

                                                         Defendants-Appellants.

2                    Order of the Court                    23-12313

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:23-cv-00218-MW-MAF

No. 23-12308

FLORIDA STATE CONFERENCE OF BRANCHES
AND YOUTH UNITS OF THE NAACP,
VOTERS OF TOMORROW ACTION INC,
DISABILITY RIGHTS FLORIDA,
ALIANZA FOR PROGRESS,
ALIANZA CENTER, et al.,

                                              Plaintiffs-Appellees,

EQUAL GROUND EDUCATION FUND et al.,

                                              Plaintiffs,

versus

FLORIDA SECRETARY OF STATE,
FLORIDA ATTORNEY GENERAL,

23-12313　　　　　　　Order of the Court　　　　　　　3

　　　　　　　　　　　　　　　　　　　Defendants-Appellants,

KIM BARTON, et al.,

　　　　　　　　　　　　　　　　　　　　　　Defendants.

───────────

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:23-cv-00215-MW-MAF

───────────

ORDER:

　　Appellants' unopposed motion to consolidate these appeals is GRANTED.

　　The League of Women Voters of Florida, Inc.'s and the League of Women Voters Education Fund's motion to intervene is DENIED.

*[signature]*

UNITED STATES CIRCUIT JUDGE