Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 and 26.1-2, the undersigned counsel for Plaintiffs at consolidated hearing and Amicus Curiae League of Women Voters of Florida submit the following statement of their corporate interests:

1. Plaintiff at consolidated hearing and Amicus Curiae the League of Women Voters of Florida, Inc. neither has a parent corporation nor issues stock. There are no publicly held corporations that own ten percent or more of the stock of the League of Women Voters of Florida, Inc. The League of Women Voters of Florida, Inc. is an affiliate of the League of Women Voters of the United States.

2. Plaintiff at consolidated hearing and Amicus Curiae the League of Women Voters of Florida Education Fund neither has a parent corporation nor issues stock. There are no publicly held corporations that own ten percent or more of the stock of the League of Women Voters of Florida Education Fund. The League of Women Voters of Florida Education Fund is an affiliate of the League of Women Voters of the United States.

Under Circuit Rule 26.1-1(a)(3), Plaintiffs-Appellees further certify that the following persons have an interest in the outcome of this case:

1. Adkins, Janet, *Defendant*

2. Alianza Center, *Plaintiff*

3. Alianza for Progress, *Plaintiff*

4. Alicea, Delmarie, *Counsel for Plaintiffs*

5. Andersen, Mark, *Defendant*

6. Anderson, Chris, *Defendant*

7. Anderson, Shirley, *Defendant*

8. Arnold, Melissa, *Defendant*

9. Arrington, Mary Jane, *Defendant*

10. Artasanchez, Santiago Mayer, *Plaintiff*

11. Babis, Olivia, *Declarant for Plaintiffs*

12. Baird, Maureen, *Defendant*

13. Bardos, Andy, *Counsel for Defendants*

14. Barton, Kim, *Defendant*

15. Beato, Michael, *Counsel for Defendant*

16. Bell, Daniel W., *Counsel for Defendant*

17. Benda, Kyle, *Counsel for Defendant*

18. Bennett, Michael, *Defendant*

19. Blazier, Melissa, *Defendant*

20. Bledsoe, William, *Counsel for Defendant*

21. Bobanic, Tim, *Defendant*

22. Boettcher, Ellen Margaret, *Counsel for Plaintiffs at consolidated hearing and Amicus Curiae*

23. Boltrek, William, III, *Counsel for Defendants*

24. Brown, Tomi, *Defendant*

25. Byrd, Cord, *Defendant*

26. Campbell-Harris, Dayton, *Counsel for Plaintiffs*

27. Cannon, Starlet, *Defendant*

28. Cepeda Derieux, Adriel I., *Counsel for Plaintiffs*

29. Chambless, Chris, *Defendant*

30. Chappell, David W., *Counsel for Defendant*

31. Chason, Sharon, *Defendant*

32. Conyers, Grant, *Defendant*

33. Copper, Alexandra, *Counsel for Plaintiffs at consolidated hearing and Amicus Curiae*

34. Corley, Brian, *Defendant*

35. Cowles, Bill, *Defendant*

36. Cruz, Roberto, *Counsel for Plaintiffs*

37. Darlington, Andrew, *Declarant for Defendants*

38. Davis, Ashley, *Counsel for Defendant*

39. Davis, Vicky, *Defendant*

40. Davis, Vicky, *Defendant*

41. Diaz, Jonathan Michael, *Counsel for Plaintiffs at consolidated hearing and Amicus Curiae*

42. Disability Rights Florida, *Plaintiff*

43. Doe, A., *Plaintiff*

44. Doyle, Tommy, *Defendant*

45. Driggers, Heath, *Defendant*

46. Dunaway, Carol, *Defendant*

47. Dunn, Chad, *Counsel for Plaintiffs at consolidated hearing and Amicus Curiae*

48. Earley, Mark, *Defendant*

49. Ebenstein, Julie A., *Counsel for Plaintiffs*

50. Edwards, Jennifer, *Defendant*

51. Edwards, Lori, *Defendant*

52. Ellis, Rayne, *Counsel for Plaintiffs*

53. Erdelyi, Susan, *Counsel for Defendants*

54. Farnam, Aletris, *Defendant*

55. Feiser, Craig, *Counsel for Defendant*

56. Ferguson, Robert Brent, *Counsel for Plaintiffs at consolidated hearing and Amicus Curiae*

57. Florez, Johana, *Declarant for Plaintiffs*

58. Florida Alliance for Retired Americans, *Plaintiff*

59. Florida State Conference of Branches and Youth Units of the NAACP, *Plaintiff*

60. Freedman, John A., *Counsel for Plaintiffs*

61. Galindo, Miranda, *Counsel for Plaintiffs*

62. Glickman, Jessica, *Counsel for Defendant*

63. Griffin, Joyce, *Defendant*

64. Guzzo, Sophia, *Counsel for Defendant*

65. Hankins, Christi, *Counsel for Defendant*

66. Hanlon, John, *Defendant*

67. Hart, Travis, *Defendant*

68. Hays, Alan, *Defendant*

69. Healy, Karen, *Defendant*

70. Herrera-Lucha, Veronica, *Plaintiff*

71. Herron, Mark, *Counsel for Defendant*

72. Hispanic Federation, *Plaintiff*

73. Hogan, Mike, *Defendant*

74. Hoots, Brenda, *Defendant*

75. Hutto, Laura, *Defendant*

76. Jarone, Joseph, *Counsel for Defendant*

77. Jazil, Mohammad O., *Counsel for Defendant*

78. Johnson, Diana, *Counsel for Defendant*

79. Johnson, Melinda, *Counsel for Plaintiffs*

80. Jonas, Sarah, *Counsel for Defendant*

81. Jones, Tammy, *Defendant*

82. Joshi, Raghav Vikas, Declarant for Plaintiffs

83. Kahn, Jared, *Counsel for Defendant*

84. Karpatkin, Jeremy, *Counsel for Plaintiffs*

85. Keen, William, *Defendant*

86. Keenan, Megan C., *Counsel for Plaintiffs*

87. Khanna, Abha, *Counsel for Plaintiffs*

88. Kinsey, Jennifer, *Defendant*

89. Klitsberg, Nathaniel, *Counsel for Defendant*

90. Knight, Shirley, *Defendant*

91. Konor, Estee M., *Counsel for Plaintiffs*

92. Lang, Danielle Marie, *Counsel for Plaintiffs at consolidated hearing and Amicus Curiae*

93. Lapinig, Christopher, *Counsel for Plaintiffs at consolidated hearing and Amicus Curiae*

94. Latimer, Craig, *Defendant*

95. LaVia, John, III, *Counsel for Defendants*

96. League of Women Voters of Florida Education Fund, Inc., *Plaintiff at consolidated hearing and Amicus Curiae*

97. League of Women Voters of Florida, Inc., *Plaintiff at consolidated hearing and Amicus Curiae*

98. Leeper, Simone Tyler, *Counsel for Plaintiffs at consolidated hearing and Amicus Curiae*

99. Lenhart, Kaiti, *Defendant*

100. Lewis, Lisa, *Defendant*

101. Lin Lakin, Sophia, *Counsel for Plaintiffs*

102. Link, Wendy, *Defendant*

103. Lux, Paul, *Defendant*

104. Madduri, Lalitha, *Counsel for Plaintiffs*

105. Marcus, Julie, *Defendant*

106. Mari, Frank, *Counsel for Defendants*

107. Markarian, David, *Counsel for Defendant*

108. Martínez, Norka, *Plaintiff*

109. McNamara, Caroline A., *Counsel for Plaintiffs*

110. McVay, Bradley R., *Counsel for Defendant*

111. Meadows, Therisa, *Defendant*

112. Messer, Ryan, *Defendant*

113. Milligan, Michelle, *Defendant*

114. Milton, Christopher, *Defendant*

115. Moody, Ashley, *Defendant*

116. Morgan, Joseph, *Defendant*

117. Morse, Stephanie, *Counsel for Defendant*

118. Negley, Mark, *Defendant*

119. Nordlund, Jared, *Declarant for Plaintiffs*

120. Nweze, Adora Obi, *Declarant for Plaintiffs*

121. O'Donnell, Renata, *Counsel for Plaintiffs*

122. Oakes, Vicky, *Defendant*

123. Ortega, Michael, *Counsel for Plaintiffs at consolidated hearing and Amicus Curiae*

124. Osborne, Deborah, *Defendant*

125. Overturf, Charles, *Defendant*

126. Perez, Devona Reynolds, *Counsel for Defendant*

127. Pico, Elizabeth, *Plaintiff*

128. Poder Latinx, *Plaintiff*

129. Pratt, Joshua E., *Counsel for Defendant*

130. Preminger, Evan, *Counsel for Plaintiffs*

131. Riley, Heather, *Defendant*

132. Rudd, Carol, *Defendant*

133. Ruiz, Cesar Z., *Counsel for Plaintiffs*

134. Rutahindurwa, Makeba, *Counsel for Plaintiffs*

135. Sanchez, Connie, *Defendant*

136. Sanchez, Esperanza, *Plaintiff*

137. Schenck, Robert S., *Counsel for Defendant*

138. Scott, Dale, *Counsel for Defendant*

139. Scott, Joe, *Defendant*

140. Seyfang, Amanda, *Defendant*

141. Shannin, Nicholas, *Counsel for Defendant*

142. Shaud, Matthew, *Counsel for Defendant*

143. Sjostrom, Noah, *Counsel for Defendant*

144. Slater, Cynthia, *Declarant for Plaintiffs*

145. Smith, Diane, *Defendant*

146. Southerland, Dana, *Defendant*

147. Stafford, David, *Defendant*

148. Stewart, Gregory, *Counsel for Defendant*

149. Swain, Robert, *Counsel for Defendant*

150. Swan, Leslie, *Defendant*

151. Tilley, Daniel B., *Counsel for Plaintiffs*

152. Todd, Stephen, *Counsel for Defendant*

153. Turner, Ron, *Defendant*

154. UnidosUS, *Plaintiff*

155. Valdes, Michael, *Counsel for Defendant*

156. Valenti, Leah, *Defendant*

157. Van De Bogart, Joseph, *Counsel for Defendant*

158. Vargas De-Leon, Fulvia, *Counsel for Plaintiffs*

159. Vilar, Marcos, *Declarant for Plaintiffs*

160. Villane, Tappie, *Defendant*

161. Voters of Tomorrow Action, Inc., *Plaintiff*

162. Walker, Gertrude, *Defendant*

163. Walker, Mark E., *U.S. District Court Judge*

164. Warren, Nicholas L.V., *Counsel for Plaintiffs*

165. Wermuth, Frederick, *Counsel for Plaintiffs*

166. Whitaker, Henry, *Counsel for Defendant*

167. Whitaker, Henry, *Counsel for Defendant*

168. White, Christina, *Defendant*

169. Wilcox, Wesley, *Defendant*

| | /s/ Danielle M. Lang |
|---|---|
| Chad W. Dunn | Danielle M. Lang (D.C. Bar No. 1500218) |
| Florida Bar No. 0119137 | Brent Ferguson (D.C. Bar No. 1782289) |
| BRAZIL & DUNN | Jonathan Diaz (D.C. Bar No. 1613558) |
| 1200 Brickell Avenue | Ellen Boettcher (D.C. Bar No. 90005525) |
| Suite 1950 | Simone Leeper (D.C. Bar No. 1737977) |
| Miami, FL 33131 | Christopher Lapinig (CA Bar No. 322141) |

| | |
|---|---|
| Telephone: (305) 783-2190<br>Facsimile: (305) 783-2268<br>chad@brazilanddunn.com | Michael Ortega (IL Bar No. 6339469)*<br>Alexandra Copper (CA Bar No. 335528)<br>CAMPAIGN LEGAL CENTER<br>1101 14th Street NW, Ste. 400<br>Washington, DC 20005<br>(202) 736-2200<br>bferguson@campaignlegal.org<br>dlang@campaignlegal.org<br>jdiaz@campaignlegal.org<br>eboettcher@campaignlegal.org<br>sleeper@campaignlegal.org<br>clapinig@campaignlegal.org<br>mortega@campaignlegal.org<br>acopper@campaignlegal.org<br><br>*Counsel for Amicus Curiae League of Women Voters of Florida* |