No. 23-12313

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

———————————————————

HISPANIC FEDERATION, PODER LATINX, VERÓNICA HERRERA-LUCHA, NORKA MARTÍNEZ, and A. DOE,

*Plaintiffs-Appellees*,

v.

CORD BYRD, in his official capacity as Florida Secretary of State, and ASHLEY MOODY, in her official capacity as Florida Attorney General,

*Defendants-Appellants*.

———————————————————

On Appeal from the United States District Court
for the Northern District of Florida
No. 4:23-cv-00218-MW-MAF (Hon. Mark Walker)

———————————————————

**PLAINTIFFS-APPELLEES' REPLY IN SUPPORT OF MOTION TO DISMISS INTERLOCUTORY APPEAL AS MOOT AND FOR LACK OF JURISDICTION**

———————————————————

Roberto Cruz (FBN 18436)
Delmarie Alicea (FBN 1024650)
Miranda Galindo (FBN 1039848)
LATINOJUSTICE PRLDEF
4700 Millenia Blvd. Suite 500
Orlando, FL 32839
(321) 754-1935

Cesar Z. Ruiz
LATINOJUSTICE PRLDEF
475 Riverside Drive, Suite 1901
New York, NY 10115

Adriel I. Cepeda Derieux*
Megan C. Keenan
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th Street NW
Washington, DC 20005
(212) 549-2500

Julie A. Ebenstein (FBN 91033)
Dayton Campbell-Harris
Victoria Ochoa
Sophia Lin Lakin

*Additional Counsel Listed on Inside Cover*

(212) 392-4752

Phi Nguyen
Roni Druks
DĒMOS
80 Broad Street, 4th Floor
New York, NY 10004
(212) 485-6065

John A. Freedman
Jeremy Karpatkin
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, DC 20001
(202) 942-5316

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
(212) 549-2500

Nicholas L.V. Warren
ACLU FOUNDATION OF FLORIDA
1809 Art Museum Drive, St. 203
Jacksonville, FL 32207
(786) 363-1769

Daniel B. Tilley
Caroline A. McNamara
ACLU FOUNDATION OF FLORIDA
4343 W Flagler St., Suite 400
Miami, FL 33134
(786) 363-2714

Evan Preminger
Rayne Ellis
ARNOLD & PORTER KAYE SCHOLER LLP
250 W. 55th Street
New York, NY 10019
(212) 836-7786

* *Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c)(3).*

*Hispanic Federation, et al. v. Fla. Sec'y of State et al.,*
23-12313

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1, Plaintiffs-Appellees submit the following statement of their corporate interests:

1. Plaintiff Hispanic Federation has no parent corporation or any other publicly held corporation owning 10% or more of its stock.

2. Plaintiff Poder Latinx is a fiscally sponsored project of Tides Advocacy, a California nonprofit benefit corporation. Tides Advocacy has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

3. All other Plaintiffs are individual persons.

Plaintiffs-Appellees further certify that the following persons have an interest in the outcome of this case:

1. Alicea, Delmarie, *Counsel for Plaintiffs*

2. Beato, Michael, *Counsel for Defendant*

3. Bell, Daniel W., *Counsel for Defendant*

4. Byrd, Cord, *Defendant*

5. Campbell-Harris, Dayton, *Counsel for Plaintiffs*

6. Cepeda Derieux, Adriel I., *Counsel for Plaintiffs*

7. Chappell, David W., *Counsel for Defendant*

8. Cruz, Roberto, *Counsel for Plaintiffs*

9. Darlington, Andrew, *Declarant for Defendants*

10. Davis, Ashley, *Counsel for Defendant*

11. Doe, A., *Plaintiff*

12. Druks, Roni, *Counsel for Plaintiffs*

13. Ebenstein, Julie A., *Counsel for Plaintiffs*

14. Ellis, Rayne, *Counsel for Plaintiffs*

15. Freedman, John A., *Counsel for Plaintiffs*

16. Galindo, Miranda, *Counsel for Plaintiffs*

17. Herrera-Lucha, Verónica, *Plaintiff*

18. Hispanic Federation, *Plaintiff*

19. Jazil, Mohammad O., *Counsel for Defendant*

20. Karpatkin, Jeremy, *Counsel for Plaintiffs*

21. Keenan, Megan C., *Counsel for Plaintiffs*

22. Konor, Estee M., *Counsel for Plaintiffs*

23. Lin Lakin, Sophia, *Counsel for Plaintiffs*

24. Martínez, Norka, *Plaintiff*

25. McNamara, Caroline A., *Counsel for Plaintiffs*

26. McVay, Bradley, *Counsel for Defendant*

27. Moody, Ashley, *Defendant*

28. Morse, Stephanie, *Counsel for Defendant*

29. Nguyen, Phi, *Counsel for Plaintiff*

30. Ochoa, Victoria, *Counsel for Plaintiffs*

31. Poder Latinx, *Plaintiff*

32. Preminger, Evan, *Counsel for Plaintiffs*

33. Ruiz, Cesar Z., *Counsel for Plaintiffs*

34. Schenck, Robert S., *Counsel for Defendant*

35. Sjostrom, Noah, *Counsel for Defendant*

36. Tilley, Daniel B., *Counsel for Plaintiffs*

37. Van de Bogart, Joseph S., *Counsel for Defendant*

38. Vargas De-Leon, Fulvia, *Counsel for Plaintiffs*

39. Walker, Mark E., *U.S. District Court Judge*

40. Warren, Nicholas L.V., *Counsel for Plaintiffs*

41. Whitaker, Henry C., *Counsel for Defendant*

## APPELLEES' REPLY IN SUPPORT OF MOTION TO DISMISS INTERLOCUTORY APPEAL AS MOOT AND FOR LACK OF JURISDICTION

Defendants-Appellants' response only confirms this Court should dismiss this appeal for lack of jurisdiction. *See* Resp. in Opp. to Mot. to Dismiss, ECF No. 75 ("Response").

Defendants-Appellants acknowledge that the "final order" below "superseded" the order on appeal. *Id.* at 2. And they concede that the only way forward is "an appeal taken from the permanent injunction," *id.* (quotation marks omitted), just like the one they currently pursue in another docketed case. *See Hisp. Fed. v. Fla. Sec'y of State*, No. 24-11892 (11th Cir.).

That ought to end the matter. The law is clear that the district court's intervening order has "stripped this Court of its jurisdiction over this appeal." *Birmingham Fire Fighters Ass'n 117 v. City of Birmingham*, 603 F.3d 1248, 1255 (11th Cir. 2010). And "an appeal from the grant of a preliminary injunction," like this one, "becomes moot when the trial court enters a permanent injunction . . . ." *Grupo Mexicano de Desarrollo S.A. v. All. Bond Fund, Inc.*, 527 U.S. 308, 314 (1999).[1]

---

[1] *See also* Mot. to Dismiss, ECF No. 74, at 6 n.3 (citing cases).

1

Defendants-Appellants ask the Court to refrain from dismissing this appeal, even though the appealed-from injunction has "dissolved." *AcryliCon USA, LLC v. Silikal GmBH*, 985 F.3d 1350, 1361 n.25 (11th Cir. 2021). They offer no authority suggesting the Court should—or could—do so.[2] In fact, the law in this Circuit and elsewhere uniformly cuts otherwise. *See, e.g.*, ECF No. 74, at 6 n.3 (citing Eleventh Circuit cases); *see also, e.g.*, *Smith v. Ill. Bell Tel. Co.*, 270 U.S. 587, 588–89 (1926) (appeal from interlocutory injunction dismissed where injunction merged in final decree from which an appeal was also pending before the Court); *Cont'l Training Servs., Inc. v. Cavazos*, 893 F.2d 877, 880 (7th Cir. 1990) ("[W]here a permanent injunction has been granted that supersedes the original preliminary injunction, the interlocutory injunction becomes merged in the final decree and the appeal from the interlocutory preliminary order is properly dismissed.") (internal citations omitted). Nor do they explain why this Court should keep the same underlying case proceeding in two live appeals across two separate dockets.

But Plaintiffs-Appellees agree with Defendants-Appellants that litigation surrounding SB 7050 is, at moment, procedurally "complicated," in part, because *this* appeal, No. 23-12313, has been consolidated with another. Resp. at 1. That's why Plaintiffs-Appellees suggest the best path forward is for the State's *new* appeal,

---

[2] Nor can Plaintiffs-Appellees, after duly researching the issue, find any.

2

No. 24-11892, to be administratively held in abeyance until other SB 7050-related disputes reach this Court—as Defendants-Appellants have made clear is their intent.[3] Defendants-Appellants agree this would "make things easier." *Id.* at 2. As such, the Court should dismiss *this* appeal, which is now plainly moot. *See In re: Chiquita Brands Int'l, Inc.*, 965 F.3d 1238, 1244–45 (11th Cir. 2020). The dispute that the parties briefed and argued in case No. 23-12313 can efficiently and properly proceed in docket No. 24-11892.

## CONCLUSION

Plaintiffs-Appellees respectfully request this Court dismiss this appeal for lack of jurisdiction.

Dated: July 12, 2024                                      Respectfully submitted,

/s/ *Adriel I. Cepeda Derieux*

Roberto Cruz (FBN 18436)                        Adriel I. Cepeda Derieux*
Delmarie Alicea (FBN 1024650)              Megan C. Keenan
LATINOJUSTICE PRLDEF                         AMERICAN CIVIL LIBERTIES
4700 Millenia Blvd. Suite 500                   UNION FOUNDATION
Orlando, FL 32839                                     915 15th Street NW
(321) 754-1935                                           Washington, DC 20005
                                                                    (212) 549-2500

Cesar Z. Ruiz
Ghita Schwarz                                             Julie A. Ebenstein (FBN 91033)
LATINOJUSTICE PRLDEF                         Dayton Campbell-Harris
475 Riverside Drive, Suite 1901               Victoria Ochoa

---

[3] *See* Resp. to Supp. Auth. filed by Secretary of State, ECF No. 73 ("Once the district court issues its orders in all SB7050 cases, the Secretary intends to file notices of appeal, and then to move to consolidate the cases . . . .").

3

New York, NY 10115
(212) 392-4752

Phi Nguyen
Roni Druks
DĒMOS
80 Broad Street, 4th Floor
New York, NY 10004
(212) 485-6065

John A. Freedman
Jeremy Karpatkin
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, DC 20001
(202) 942-5316

Sophia Lin Lakin
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
(212) 549-2500

Nicholas L.V. Warren
ACLU FOUNDATION OF FLORIDA
1809 Art Museum Drive, St. 203
Jacksonville, FL 32207
(786) 363-1769

Daniel B. Tilley
Caroline A. McNamara
ACLU FOUNDATION OF FLORIDA
4343 W Flagler St., Suite 400
Miami, FL 33134
(786) 363-2714

Evan Preminger
Rayne Ellis
ARNOLD & PORTER KAYE SCHOLER LLP
250 W. 55th Street
New York, NY 10019
(212) 836-7786

\* *Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c)(3).*

4

## CERTIFICATE OF COMPLIANCE

This document complies with the word limit of FRAP 32, because, excluding the parts of the document exempted by FRAP 32(f), this document contains 566 words. This document complies with the typeface requirements of FRAP 32(a)(5) and the type-style requirements of FRAP 32(a)(6).

Dated: July 12, 2024                                          Respectfully submitted,

/s/ *Adriel I. Cepeda Derieux*